UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIM NAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BNSF RAILWAY COMPANY, *et al.*, <br><br> Defendants. | Case No. C19-5425-BHS-MLP <br><br> ORDER GRANTING PARTIES' FOURTH JOINT MOTION FOR LEAVE TO AMEND ORDER SETTING PRETRIAL SCHEDULE |

Before this Court is the Parties' Fourth Joint Motion for Leave to Modify Order Setting Pretrial Schedule ("Joint Motion"). (Dkt. # 66.) Finding good cause, it is hereby ORDERED that the Parties' Joint Motion (dkt. # 66) is GRANTED. The Court orders the following amended pretrial schedule:

| Event | Date |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d)) | May 7, 2021 |
| Discovery to be completed by | May 28, 2021 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | June 25, 2021 |
| Mediation per LCR 39.1(c)(2) to be completed no later than | May 14, 2021 |

ORDER GRANTING PARTIES' FOURTH
JOINT MOTION FOR LEAVE TO AMEND
ORDER SETTING PRETRIAL SCHEDULE -1

1 | Dated this 16th day of March, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PARTIES' FOURTH
JOINT MOTION FOR LEAVE TO AMEND
ORDER SETTING PRETRIAL SCHEDULE -2