THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIM NAY, as Personal Representative of the ESTATE OF MARIA GONZALEZ TORRES, and GREGORY PRICE, as Guardian ad Litem of IG, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a/ AMTRAK, et al.<br><br>Defendants. | Case No. 3:19-cv-05425-BHS<br><br>**JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO DISCLOSE REBUTTAL EXPERT TESTIMONY UNDER FRCP 26(A)(2)**<br><br>**NOTE ON MOTION CALENDAR: JULY 25, 2024** |

The undersigned parties hereby stipulate as follows and move this Court for an order continuing the deadline to disclose rebuttal expert testimony under FRCP 26(a)(2).

**STIPULATION**

1. On November 7, 2023, this Court issued an Order Setting Jury Trial and Pretrial Dates. Dkt. 127.

2. On May 28, 2024, the parties filed a Stipulated Order Extending Pretrial Dates, and this Court entered the Order on the same day. Dkt. 130.

JOINT STIPULATION AND ORDER CONTINUING
PRETRIAL DEADLINES - 1

019188.0380/9816813.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1   3. The deadline to disclose rebuttal expert testimony under FRCP 26(a)(2) is currently August 16, 2024.  Dkt. 130.

4. The parties have been working cooperatively to complete discovery prepare the case for trial and agree that a two-week extension is needed to disclose rebuttal expert testimony.

5. Therefore, the parties respectfully stipulate to a continuance of disclosure of rebuttal expert testimony to August 30, 2024.

6. The parties also respectfully request that this Court instruct the Clerk to issue a new order resetting the deadline to disclose rebuttal expert testimony to August 30, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  July 25, 2024.

LANE POWELL PC

By:   *s/Andrew G. Yates*
    Tim D. Wackerbarth, WSBA No. 13673
    Andrew G. Yates, WSBA No. 34239
    Katie D. Bass, WSBA No. 51369
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone:  206.223.7000
    wackerbartht@lanepowell.com
    yatesa@lanepowell.com
    bassk@lanepowell.com
    *Attorneys for Defendants BNSF Railway Company, National Railroad Passenger Corporation, Doing Business as Amtrak, Timothy Burch, and Thomas Matlock*

JOINT STIPULATION AND ORDER CONTINUING
PRETRIAL DEADLINES - 2

019188.0380/9816813.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | |
| 2 | D'AMORE LAW GROUP, P.C. |
| 3 | |
| 4 | By:   s/Benjamin Turner |
|   | Thomas D/Amore, WSBA No. 22772 |
| 5 | Benjamin Turner, WSBA No. 56427 |
|   | 4230 Galewood Street, Suite 200 |
| 6 | Lake Oswego, OR  97035-2496 |
|   | tom@damorelaw.com |
| 7 | ben@damorelaw.com |
|   | *Attorneys for Plaintiff Tim Nay, as Personal* |
| 8 | *Representative of the Estate of Maria Gonzalez* |
|   | *Torres* |
| 9 | |
|   | RANDY OETKEN, P.C. |
| 10 | |
| 11 | |
| 12 | By:   s/Randy Oetken |
|   | Randy Oetken, WSBA No. 32411 |
| 13 | Lake Professional Building |
|   | 2647 SE Lake Road |
| 14 | Milwaukie, OR  97222 |
|   | randy@oetkenlaw.com |
| 15 | *Attorneys for Plaintiff Gregory Price, as Guardian* |
|   | *ad Litem of I.G., a Minor Child* |
| 16 | |
| 17 | BOYD KENTER THOMAS & PARRISH LLC |
|   | Mark Parish, pro hac vice |
| 18 | Josh Sanders, pro hac vice |
|   | 221 W Lexington Ave Ste 200 |
| 19 | Independence MO 64051 |
|   | mparrish@bktplaw.com |
| 20 | jsanders@bktplaw.com |
| 21 | *Attorneys for Plaintiff Tim Nay, as Personal* |
|   | *Representative of the Estate of Maria Gonzalez* |
| 22 | *Torres, and Gregory Price, as Guardian ad Litem* |
|   | *of I.G., a Minor Child* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

JOINT STIPULATION AND ORDER CONTINUING
PRETRIAL DEADLINES - 3

019188.0380/9816813.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

## ORDER

THIS MATTER having come before the Court upon the stipulation of the Parties and the Court having considered the records and files herein, the Court does hereby find good cause to order that the deadline to disclose rebuttal expert testimony under FRCP 26(a)(2) is continued from August 16, 2024 to August 30, 2024. The remaining pretrial and trial dates remain the same.

The Clerk shall issue a new order in accordance with this Order.

DATED   July 25th, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

LANE POWELL PC

By *s/Andrew G. Yates*
   Andrew G. Yates, WSBA No. 34239

JOINT STIPULATION AND ORDER CONTINUING
PRETRIAL DEADLINES - 4

019188.0380/9816813.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | Tim D. Wackerbarth, WSBA No. 13673 |
| 2 | Katie D. Bass, WSBA No. 51369 |
| | 1420 Fifth Avenue, Suite 4200 |
| 3 | P.O. Box 91302 |
| | Seattle, Washington 98111-9402 |
| 4 | Telephone:  206.223.7000 |
| | wackerbartht@lanepowell.com |
| 5 | yatesa@lanepowell.com |
| | bassk@lanepowell.com |
| 6 | *Attorneys for Defendants BNSF Railway* |
| | *Company, National Railroad Passenger* |
| 7 | *Corporation, Doing Business as Amtrak,* |
| | *Timothy Burch, and Thomas Matlock* |
| 8 | |
| 9 | |
| | D'AMORE LAW GROUP |
| 10 | |
| 11 | *s/Benjamin Turner* |
| | _____ |
| |  Thomas D. D'Amore, WSBA No. 22772 |
| 12 | Benjamin Turner, WSBA No. 56427 |
| | 4230 Galewood Street, Suite 200 |
| 13 | Lake Oswego, OR  97035-2496 |
| | tom@damorelaw.com |
| 14 | ben@damorelaw.com |
| | *Attorneys for Plaintiff Tim Nay, as Personal* |
| 15 | *Representative of the Estate of Maria Gonzalez* |
| | *Torres* |
| 16 | |
| 17 | RANDY OETKEN, P.C. |
| 18 | |
| | *s/Randy Oetken* |
| 19 | _____ |
| |  Randy Oetken, WSBA No. 32411 |
| | Lake Professional Building |
| 20 | 2647 SE Lake Road |
| | Milwaukie, OR  97222 |
| 21 | randy@oetkenlaw.com |
| | *Attorneys for Plaintiff Gregory Price, as* |
| 22 | *Guardian ad Litem of I.G., a Minor Child* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

JOINT STIPULATION AND ORDER CONTINUING
PRETRIAL DEADLINES - 5

019188.0380/9816813.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1  BOYD KENTER THOMAS & PARRISH LLC
   Mark Parrish, *pro hac vice*
2  Josh Sanders, pro hac vice
   221 W Lexington Ave Ste 200
3  Independence MO 64051
   mparrish@bktplaw.com
4  jsanders@bktplaw.com
5  *Attorneys for Plaintiff Tim Nay, as Personal*
   *Representative of the Estate of Maria Gonzalez Torres,*
6  *and Gregory Price, as Guardian ad Litem of I.G., a Minor Child*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND ORDER CONTINUING
PRETRIAL DEADLINES - 6

019188.0380/9816813.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107