HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIM NAY, as Personal Representative of the ESTATE OF MARIA GONZALEZ TORRES, and ISAI GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY and NATIONAL RAILROAD PASSENGER CORPORATION, doing business as Amtrak, TIMOTHY BURCH, and THOMAS MATLOCK,<br><br>Defendants. | Case No. 3:19-cv-05425-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on the parties' stipulation to dismiss all claims with prejudice in the above-captioned case. Having read and considered the stipulated motion, the Court hereby ORDERS that:

1. All claims in the above-captioned case are DISMISSED WITH PREJUDICE.

2. The Court makes no award of costs or attorney's fees to any party.

**IT IS SO ORDERED.**

DATED   March 4th, 2025.

By _____
THE HON. BENJAMIN H. SETTLE

ORDER GRANTING STIP. MOT. FOR DISMISSAL
CASE NO. 3:19-cv-05425-BHS

Page 1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

4923-6566-4543, v. 4

Presented by:

BALLARD SPAHR LLP

By: *s/Andrew G. Yates*
Tim D. Wackerbarth, WSBA No. 13673
Andrew G. Yates, WSBA No. 34239
Katie D. Bass, WSBA No. 51369
Matthew A. Stoloff, WSBA 54299
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
wackerbartht@ballardspahr.com
yatesa@ballardspahr.com
bassk@ballardspahr.com
stoloffm@ballardspahr.com
*Attorneys for Defendants BNSF Railway Company,*
*National Railroad Passenger Corporation,*
*Timothy Burch and Thomas Matlock*

D'AMORE LAW GROUP, P.C.

By: *s/Thomas D'Amore*
Thomas D. D'Amore, WSBA No. 22772
Benjamin Turner, WSBA No. 56427
4230 Galewood Street, Suite 200
Lake Oswego, OR  97035-2496
tom@damorelaw.com
ben@damorelaw.com

*Attorneys for Tim Nay, as Personal Representative of the Estate of Maria Gonzalez Torres*

RANDY OETKEN, P.C.

By: *s/Randy Oetken*
Randy Oetken, WSBA No. 32411
Lake Professional Building
2647 SE Lake Road
Milwaukie, OR  97222
Email:  randy@oetkenlaw.com

*Attorney for Isai Gonzalez*

ORDER GRANTING STIP. MOT. FOR DISMISSAL
CASE NO. 3:19-cv-05425-BHS

Page 2

4923-6566-4543, v. 4

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

BOYD KENTER THOMAS & PARRISH

Mark Parrish, p*ro hac vice*
Josh Sanders, *pro hac vice*
221 W Lexington Ave Ste 200
Independence MO 64051
mparrish@bktplaw.com
jsanders@bktplaw.com

*Attorneys for Plaintiffs Tim Nay, as Personal Representative of the Estate of Maria Gonzalez Torres, and Isai Gonzalez*

ORDER GRANTING STIP. MOT. FOR DISMISSAL
CASE NO. 3:19-cv-05425-BHS

4923-6566-4543, v. 4

Page 3

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107